**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John Roger Smith,

Plaintiff,

vs.

Northern Dewatering, Inc.,

Defendant.

Civil Action No. 01-1948 (MJD/RLE)

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

---

Plaintiff John Roger Smith and Defendant Northern Dewatering, Inc., believe an Amended Scheduling Order should be entered pursuant to Rule 16 of the Federal Rules of Civil Procedure to allow additional time to bring additional parties. The parties, having stipulated, by their counsel, to an entry of this Amended Scheduling Order and Order Amending Scheduling Order, the Court having considered the proposed Order, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Scheduling Order in this case is hereby amended so that the deadline to add parties to this case is now July 15, 2002.

L. MICHAEL HALL, P.A.

Dated: April 22, 2002

By: [signature]
L. Michael Hall, Atty. ID 39792
Attorneys for Plaintiff
1010 West St. Germain Street
Suite 100
St. Cloud, Minnesota 56301
(320)255-1000

FILED APR 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

(11)

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

Dated: 4/18, 2002

By: 
PETER G. VAN BERGEN #112033
E. LYNETTE STAFFORD #030167X
Attorneys for Defendants
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(612) 546-8400

693128

# ORDER

Based on the foregoing Stipulation of the parties, and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 29 day of April, 2002

**BY THE COURT:**

Raymond L. Erickson

United States Magistrate Judge
United States District Court

693128