FROM (FRI) 6. 28'02 13:44/ST. 13:31/NO. 4861070398 P 3
FROM (FRI) 6. 28'02 10:13/ST. 10:01/NO. 4861070373 P 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John Roger Smith,

Plaintiff,

vs.

Northern Dewatering, Inc.,

Defendant.

Civil Action No. 01-1948 (JEL/RLE)

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

Plaintiff John Roger Smith and Defendant Northern Dewatering, Inc., believe an Amended Scheduling Order should be entered pursuant to Rule 16 of the Federal Rules of Civil Procedure to allow additional time to bring additional parties. The parties, having stipulated, by their counsel, to an entry of this Amended Scheduling Order and Order Amending Scheduling Order, the Court having considered the proposed Order, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Order in this case is hereby amended so that the deadline to add parties to this case is now September 13, 2002.
2. The Scheduling Order in this case is hereby amended so that the period during which the parties may conduct discovery shall terminate on December 1, 2002.
3. The Scheduling Order in this case is hereby amended so that nondispositive Motions shall be filed and the Hearing thereon completed prior to January 1, 2003.
4. The Scheduling Order in this case is hereby amended so that the deadline for the Plaintiff to retain and identify to defendant all persons Plaintiff intends to call as

(14) (15)

FILED JUN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FROM (FRI) 6. 28'02 13:45/ST. 13:31/NO. 4861070398 P 4
FROM P. 03
(FRI) 6. 28'02 10:14/ST. 10:01/NO. 4861070373 P 4

expert witnesses at trial and the subject matter upon which the expert(s) is expected to testify on or before October 1, 2002.

5. The Scheduling Order in this case is hereby amended so that the deadline for the Defendant to retain and identify to Plaintiff all persons Defendant intends to call as expert witnesses at trial and the subject matter upon which the expert(s) is expected to testify on or before November 1, 2002.

6. The Scheduling Order in this case is hereby amended so that dispositive Motions shall be briefed, submitted and argued on or before April 1, 2003.

7. The Scheduling Order in this case is hereby amended so that this case shall now be ready for Trial on April 1, 2003.

L. MICHAEL HALL, P.A.

Dated: 6/28, 2002

By: [signature]
L. Michael Hall, Atty. ID 39792
Attorneys for Plaintiff
1010 West St. Germain Street
Suite 100
St. Cloud, Minnesota 56301
(320)255-1000

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

Dated: 6/28, 2002

By: [signature]
PETER G. VAN BERGEN #112033
E. LYNETTE STAFFORD #030167X
Attorneys for Defendants
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(612) 546-8400

## ORDER

Based on the foregoing Stipulation of the parties, and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 28th day of June, 2002

**BY THE COURT:**

Raymond L. Erickson

United States Magistrate Judge
United States District Court

693128