UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

John Roger Smith,

Plaintiff,

vs. MINUTE ORDER

Northern Dewatering, Inc.,

Defendant. Civ. No. 01-1948 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 29th day of October, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the conduct of a Status Conference on October 28, 2002. At the time of the Conference, the Plaintiff appeared by L. Michael Hall, Esq., and the Defendant appeared by Peter G. Van Bergen, Esq. At the close of the Conference, we lifted the Stay which had been imposed by our Minute Order of September 12, 2002.

We imposed a Stay of discovery in this matter in order that the parties could consider the propriety of joining Rinker Materials Corporation/Rinker Polypipe ("Rinker"), as a party to this litigation. By all appearances, Rinker was not cooperating with

26

OCT 2 2002

the parties discovery efforts, and has been slow to respond to Subpoenae duces tecum without Court Order. Since discovery -- and particularly deposition discovery -- could be caused to be duplicated, if the parties pursued such discovery, and Rinker was later added as a party, we concluded that a brief Stay would be appropriate. Counsel for the Defendant now advises, however, that there is little prospect that Rinker will be joined in this action, and acknowledges that no further Stay is warranted.

NOW, THEREFORE, It is --

ORDERED:

That the Stay on discovery, which was imposed by our Minute Order of September 12, 2002, is hereby VACATED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE