**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John Roger Smith,

Plaintiff,

vs.

Northern Dewatering, Inc.,

Defendant and
Third-Party Plaintiff,

vs.

Rinker Materials Corporation a/k/a CSR Polypipe,

Third-Party Defendant.

Civil Action No. 01-1948 (MJD/RLE)

**STIPULATION TO ADD THIRD-PARTY and ORDER**

---

It is stipulated by and between the parties to this action, through their respective counsel, that the title of this action may be amended to name as Third-Party Defendant Rinker Materials Corporation a/k/a CSR Polypipe.

It is also stipulated and agreed between counsel that Defendant may commence a third-party action against Rinker Materials Corporation a/k/a CSR Polypipe.

HALL LAW OFFICES

Dated: 11/6/02

By: L. Michael Hall
L. MICHAEL HALL #39792
Attorneys for Plaintiff
1010 West St. Germain Street, #100
St. Cloud, Minnesota 56301
(320)255-1000

FILED NOV 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK J. H.

Dated: 10/31/02

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

By: ______________________
PETER G. VAN BERGEN #112033
E. LYNETTE STAFFORD #030167X
Attorneys for Defendant Northern Dewatering, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(612) 546-8400

**ORDER**

Based on the foregoing Stipulation of the parties, and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 12 day of November, 2002

**BY THE COURT:**

______________________
United States Magistrate Judge
United States District Court

720576