UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Roger Smith,

Plaintiff,

vs.

Northern Dewatering, Inc.,

Defendant and
Third-Party Plaintiff,

vs.

Rinker Materials Corporation a/k/a CSR Polypipe,

Third-Party Defendant.

Civil Action No. 01-1948 (~~MJD~~ JEL/RLE)

ORDER GRANTING EXTENSION TO ANSWER

Third-Party Defendant Rinker Materials has moved the Court for an extension of time to Answer or otherwise respond to the Third-Party Complaint of Nortern Dewatering, Inc. Rinker Materials is granted until December 19, 2002 to file and serve its Answer or other appropriate response in this matter.

IT IS SO ORDERED.

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

December 12, 2002

FILED DEC 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK