UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

John Roger Smith,

Plaintiff,

vs. MINUTE ORDER

Northern Dewatering, Inc.,

Defendant and Third-Party Plaintiff,

vs.

Rinker Materials Corporation,
a/k/a CSR Polypipe,

Third-Party Defendant. Civ. No. 01-1948 (JNE/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 29th day of July, 2003.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Motion of the Third-Party Defendant for an extension of time, through August 15, 2003, in which to disclose its expert opinions. The Third-Party Defendant advises that it has recently substituted counsel to represent its interests, and that a modest extension of time is needed to allow substituted counsel to familiarize himself

53

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

with this case. The Third-Party Defendant further advises that neither the Plaintiff, nor the Defendant and Third-Party Plaintiff, oppose the Motion. Finding good cause for the modest extension being requested -- which comprises a total of fourteen (14) days -- we grant the same.

NOW, THEREFORE, It is --

ORDERED:

That the Third-Party Defendant shall have until **August 15, 2003**, in which to disclose its expert opinion to the other parties.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE