**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John Roger Smith, Civil File No: 01-1948 JNE/RLE

Plaintiff,

vs.

Northern Dewatering, Inc.,

Defendant and
Third-Party Plaintiff,

vs.

Rinker Materials Corporation a/k/a
CSR Polypipe,

Third-Party Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and between the parties to this action, through their respective counsel, that the above-entitled matter be, and hereby is, in all things dismissed with prejudice and without costs to either party.

**L. MICHAEL HALL, P.A.**

Dated: December 9, 2004

By:s/L. Michael Hall
**L. MICHAEL HALL #39792**
1010 West St. Germain Street, Suite 100
St. Cloud, MN 56301
(320) 355-1000
*Attorneys for Plaintiff*

**COUSINEAU, McGUIRE & ANDERSON, CHARTERED**

Dated: November 24, 2004

By:s/Peter G. Van Bergen
**PETER G. VAN BERGEN #112033**
1550 Utica Avenue South, Suite 600
Minneapolis, Minnesota 55416-5318
(952) 546-8400
*Attorneys for Defendant*

*887938*