**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John Roger Smith,<br><br>Plaintiff,<br>vs.<br><br>Northern Dewatering, Inc.,<br><br>Defendant and<br>Third-Party Plaintiff,<br>vs.<br><br>Rinker Materials Corporation a/k/a<br>CSR Polypipe,<br><br>Third-Party Defendant. | Civil File No: 01-1948 JNE/RLE<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on December 21, 2004, I caused the following documents:

Stipulation of Dismissal with Prejudice

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

L. Michael Hall, P.A.
1010 West St. Germain Street, Suite 100
St. Cloud, MN 56301
*Attorneys for Plaintiff*

**COUSINEAU, McGUIRE & ANDERSON, CHARTERED**

Dated: December 21, 2004

By: s/Peter G. Van Bergen
**PETER G. VAN BERGEN #112033**
1550 Utica Avenue South, Suite 600
Minneapolis, Minnesota 55416-5318
(952) 546-8400

893097